## TAXATION OF COSTS SUMMARY

Civ. 10-383 (RHK/RLE)

Timothy Holt,

Plaintiff,

v.

LivInn Suites, Inc.,

Defendant.

_____

Defendant, LivInn Suites, Inc.,
against Plaintiff, Timothy Holt:

I. Fees of the Clerk:
Claimed: $670.00     Allowed: $670.00
    Allowed: Sufficient documentation and explanation provided and no objections filed.

                            TOTAL ALLOWED:
                                 $670.00

Dated: JULY 30, 2010
T. Pepin, Deputy Clerk